## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FRANK M. SULLIVAN, III | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | Judge |
| | ) | |
| LARRY HOPPEN, d/b/a ORLEANS; | ) | Magistrate Judge |
| FOREVER MUSIC PRODUCTIONS, | ) | |
| LLC; and ANDREW BROADY, | ) | |
| | ) | |
| Defendants. | ) | |

### COMPLAINT

Frank M. Sullivan, III ("Sullivan") for his complaint against Larry Hoppen d/b/a Orleans ("Hoppen"); Forever Music Productions, LLC ("Forever Music"); and Andrew Broady ("Broady") alleges as follows:

### NATURE OF THE CASE

1.      This is an action for federal trademark infringement and unfair competition in violation of the Lanham Act, 15 U.S.C. §§ 1114(1) and 1125(a); common law unfair competition; and tortious interference with contractual relations arising from the defendants' use of the mark SURVIVOR® in connection with live musical performances.

### JURISDICTION AND VENUE

2.      This Court has subject matter jurisdiction of Sullivan's federal claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§1331 and 1338(a) and (b). This Court has supplemental jurisdiction of Sullivan's state law claims pursuant to

1

28 U.S.C. § 1367, as those state law claims arise from the same core facts as Sullivan's federal claims.

3.     Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) as Defendants solicit and are doing business in this district, a substantial part of events given rise to the actions complained of occurred in this district, and Sullivan is being injured in this district.

## PARTIES

3.     Sullivan is an individual residing at 5140 Grove Road, Palatine, Illinois.   Sullivan is a founding member of the musical band SURVIVOR®. Sullivan is the owner of the trademark, SURVIVOR®, which he has used since 1977 and which has been registered by the United States Patent and Trademark Office, Registration Nos. 2,489,712 and 3,638,169.  (Exhibit 1)

4.     Upon information and belief, Larry Hoppen is an individual residing at 135 North Elliott Avenue, Sanford, Florida.

5.     Forever Music Productions, LLC is a New Hampshire limited liability company having a principal place of business at 50 Nashua Road, Suite 200, Londonderry, New Hampshire.

6.     Upon information and belief, Andrew Broady is an individual residing at 80 Turtle Rock Road, Windham, New Hampshire, and is managing director of Forever Music.

## FACTS

7.     The musical band SURVIVOR was formed in 1977, with Sullivan as one of its founding members.

2

8.     Between 1978 and 1983, Sullivan wrote, composed, produced, recorded and publicly performed numerous songs, which were distributed on four music albums.  The albums achieved significant sales worldwide, and Sullivan and SURVIVOR enjoyed success as recording and performing artists.  One of SURVIVOR's singles, "Eye of the Tiger," was the principal theme song for the movie *Rocky III* and achieved number one status in the United States and throughout the world.  The song won Grammy and People's Choice awards and was Oscar-nominated.

9.     The lead singer of "Eye of the Tiger" was David Bickler.  In 1984, Bickler retired as the lead singer of SURVIVOR and was replaced by Jimmy (also known as Jimi) Jamison ("Jamison").

10.     Jamison left SURVIVOR in 1993 to pursue a solo career. SURVIVOR and Sullivan continued recording and touring, once again with Bickler as lead singer.

11.     In 1993, Jamison applied for federal registration of the SURVIVOR mark.  Sullivan opposed the registration, as Sullivan had prior and continuous use of the name since 1977.  In 1999, Sullivan was adjudged by the United States Trademark Trial and Appeal Board to be the rightful owner of the SURVIVOR mark.

12.     On March 24, 2000, Sullivan and Jamison entered into an agreement intended to resolve their disputes.  (Exhibit 2 ("Agreement"))  The Agreement permitted Jamison to rejoin the band SURVIVOR as the lead singer,

3

and in the Agreement, Jamison acknowledged that he had no rights to the trademark SURVIVOR®.

13.   The Agreement further provided:

> Further, Jamison agrees to cease and desist from any use of variations of the trademark SURVIVOR for the purposes of any promotion whatsoever, including but not limited to: Jimi Jamison's Survivor or Survivor Featuring Jimi Jamison… Jamison understands that this prohibition against the use of the trademark applies to all promotional and business efforts in which he might engage subsequent to the termination of this Agreement.

(Exhibit 2 at 2)

14.   In 2006, Jamison became affiliated with "Rock & Pop Masters" ("RPM").   On information and belief, RPM is a group of musicians that perform rock and popular music hits of the 1960s, 1970s and 1980s.  RPM was co-founded and is led by defendant Larry Hoppen, who is also a co-founder and member of the band Orleans, a number of members of which also perform with RPM.

15.   Forever Music and defendant Andrew Broady manage both RPM and Orleans.

16.   In early 2006, Sullivan learned that Jamison was using the SURVIVOR® mark to promote his performances with RPM.   Through counsel, Sullivan demanded that RPM, Forever Music and Broady cease their unauthorized use of the SURVIVOR® mark.  (Exhibit 3)

17.   On March 21, 2006, Jamison quit the band SURVIVOR.

18.   On April 17, 2006, Sullivan's counsel provided RPM's counsel with copies of the Trademark Trial and Appeal Board decision,

4

which ruled that Sullivan was the rightful owner of the SURVIVOR® mark, and the 2000 Agreement, in which Jamison agreed that he would not use the mark "for the purposes of any promotion whatsoever." (Exhibit 4)

19.   On January 4, 2007, Jamison confirmed to Broady, via email, "I can't say Jimi Jamison of Survivor." (Exhibit 5)

20.   In early 2009, Sullivan learned that RPM had resumed promoting Jamison using the SURVIVOR® mark, and his counsel wrote Broady, again demanding that RPM cease its unauthorized use of the mark.  Broady, on behalf of RPM and Orleans, admitted that RPM had used the SURVIVOR® mark and pledged to correct its promotional materials. (Exhibit 6)

21.   Forever Music and Broady, individually and as managing director of Forever Music, actively participate in and have control of the promotional activities of Hoppen, RPM and Orleans.

22.   Hoppen, under the name "Hall/Hoppen d/b/a Orleans," registered the domain name and is the contact for the website www.orleansonline.com. The website's "Tour Dates" page highlights upcoming performances by Hoppen, Orleans and RPM.

23.   In early 2010, Hoppen's www.orleansonline.com website advertised a February concert by "Rock & Pop Masters hosted by Jimi Jamison (Survivor)" and a March concert by "Rock & Pop Masters featuring Jimi Jamison (Survivor)." (Exhibit 7)   These uses of the SURVIVOR® mark were not authorized by Sullivan.

## COUNT I

## Trademark Infringement - Violation of 15 U.S.C. Section 1114(1)

1 - 23. Sullivan realleges the allegations of Paragraphs 1 through 23 above as paragraphs 1 through 23 of Count I.

24.   Hoppen's willful and unauthorized use of the SURVIVOR® mark to market and promote RPM, Jamison, Orleans and himself is likely to cause confusion, mistake, or deception as to the source, sponsorship, or approval by Sullivan.  The public is likely to believe that the entertainment services promoted under the SURVIVOR® mark originate with Sullivan, are licensed by Sullivan and/or are sponsored by, connected with, or related to Sullivan, in violation of 15 U.S.C. § 1114(1).

25.   By virtue of Forever Music's and Broady's active participation in and control of Hoppen's promotional activities, Forever Music and Broady are jointly and severally liable for the infringement of the SURVIVOR® mark.

26.   Sullivan has been and will continue to be irreparably harmed by the defendants' unlawful acts, which will continue unless enjoined by the Court. Sullivan has no adequate remedy at law for the defendants' on-going infringement of the SURVIVOR® mark.

27.   As a result of the defendants' conduct, Sullivan has been damaged.

## COUNT II

## Federal Unfair Competition - Violations 15 U.S.C. § 1125(a)

1 - 23. Sullivan realleges the allegations of Paragraphs 1 through 23 above as paragraphs 1 through 23 of Count II.

6

24.     Hoppen's willful and unauthorized use of the SURVIVOR® mark to market and promote RPM, Jamison, Orleans and himself, with the active participation of Forever Music and Broady, constitutes use of a false designation of origin or false or misleading representation of the origin of the services promoted by Hoppen under the mark SURVIVOR® as originating from or being connected with Sullivan.   That use is likely to cause confusion as to Hoppen's and RPM's affiliation, connection or association with Sullivan, in violation of 15 U.S.C. § 1125(a).

25.     Sullivan has been and will continue to be irreparably harmed by the defendants' unlawful acts, which will continue unless enjoined by the Court. Sullivan has no adequate remedy at law for the defendants' on-going deceptive practices.

26.     As a result of the defendants' conduct and unfair competition, Sullivan has been damaged.

## COUNT III

### Common Law Unfair Competition

1-23.   Sullivan realleges the allegations of Paragraphs 1 through 23 above as paragraphs 1 through 23 of Count III.

24.     The Defendants' unauthorized use of the mark SURVIVOR® to promote the services of Jamison, RPM and Hoppen is likely to cause confusion, mistake, or deception as to the source, sponsorship, or approval by Sullivan of the entertainment services provided by the Defendants, and constitutes unfair competition.

25.   Sullivan has been and will continue to be irreparably harmed by the defendants' unlawful activities, which will continue unless enjoined by the Court. Sullivan has no adequate remedy at law for the defendants' on-going unfair competition.

26.   As a result of the defendants' conduct, Sullivan has been damaged.

## COUNT IV

### Tortious Interference With Contractual Relations

1-23.   Sullivan realleges the allegations of Paragraphs 1 through 23 above as paragraphs 1 through 23 of Count IV.

24.   Sullivan has a valid and enforceable contract with Jamison restricting Jamison's use of the SURVIVOR® mark.  Hoppen, Forever Music, and Broady knew of this the Agreement and intentionally and unjustifiably induced the breach of the Agreement by their use of the SURVIVOR® mark to promote Jamison's, RPM's and Hoppen's musical performances.  As a result Sullivan has been damaged by the loss of goodwill attendant to the SURVIVOR® mark and the confusion caused by the defendants' tortious activities.

### PRAYER FOR RELIEF

WHEREFORE, Sullivan asks that the Court enter judgment in his favor and

1.   Order that defendants, and all those in active concert or participation with them, be preliminarily and permanently enjoined from using the SURVIVOR® mark in any manner relating to the promotion of entertainment services or related products that creates a likelihood of confusion, mistake, or

deception with respect to their or Jamison's affiliation with Sullivan or right to use the SURVIVOR® mark.

2.      Award Sullivan damages in an amount to be determined by the Court, and enhanced to reflect the defendants' willful misconduct, including

A.      All profits received by defendants as a result of their unlawful actions; and

B.      Any damages sustained by Sullivan as a result of the defendants' unlawful actions.

3.      That this Court award to Sullivan his reasonable attorney fees, disbursements and costs, pursuant to 15 U.S.C § 1117.

4.      Such further relief that this Court deem just.


Respectfully submitted,

/s/ Annette M. McGarry
Annette M. McGarry (#6205751)
   amm@mcgarryllc.com
Marianne C. Holzhall (#6204057)
   mch@mcgarryllc.com
McGarry & McGarry, LLC
120 North LaSalle Street, Suite 1100
Chicago, IL 60602
(312) 345-4600

Attorneys for Frank M. Sullivan, III

# EXHIBIT 1



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Feb 25 04:03:38 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | | |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At:          OR  Jump  to record:          **Record 1 out of 2**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# SURVIVOR

| | |
|---|---|
| **Word Mark** | **SURVIVOR** |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment, namely, live performances by a music band. FIRST USE: 19770900. FIRST USE IN COMMERCE: 19770900 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77552380 |
| **Filing Date** | August 21, 2008 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 31, 2009 |
| **Registration Number** | 3638169 |
| **Registration Date** | June 16, 2009 |
| **Owner** | (REGISTRANT) **Sullivan**, Frank M. INDIVIDUAL UNITED STATES 11220 South Harlem Avenue Worth ILLINOIS 60482 |
| **Attorney of Record** | Annette M McGarry |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Feb 25 04:03:38 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:          **Record 2 out of 2**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | SURVIVOR |
| **Goods and Services** | (CANCELLED) IC 041. US 107. G & S: entertainment, namely live performances by a music band. FIRST USE: 19770900. FIRST USE IN COMMERCE: 19770900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74498691 |
| **Filing Date** | March 9, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 26, 2001 |
| **Registration Number** | 2489712 |
| **Registration Date** | September 18, 2001 |
| **Owner** | (REGISTRANT) SULLIVAN, FRANK M., III INDIVIDUAL UNITED STATES 1669 SALEM COURT ELK GROVE VILLAGE ILLINOIS 60007 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ANNETTE M MCGARRY |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | June 20, 2008 |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 2

March 24, 2000

Jim Jamison
c/o John F. Fuchs
Fuchs Snow DeStefanis, S.C.
620 North Mayfair Road
Milwaukee, WI 53226

   *Re:   Survivor Music, Inc., Survivor and Frank M. Sullivan III. V. Jimi
Jamison*

Dear Mr. Jamison:

   This Agreement will confirm our understanding with respect to the pending

litigation, trademark matters and reunification issues involving Frank Sullivan

("Sullivan") and Jim Jamison ("Jamison").


   1)   Jamison agrees to cease and desist from all use or to the trademark

SURVIVOR, worldwide, immediately, unless he is performing or recording with

Sullivan. This should include but not be limited to:  Live dates, recordings, press,

videos, merchandising, and web sites. All reasonable efforts will be undertaken to

comply with this provision within seven (7) days of the execution of this

Agreement including but not limited to the execution of all necessary documents to

dismiss all pending litigation. Notwithstanding any time frame, after execution of

this Agreement, Sullivan and Jamison agree that all litigation will be dismissed,

Doc No.: 459799

02/08/2006   19:40     7084481˜˜0           DMA CPA'S                                    PAGE   02

OCT-5-2000   01:23P FROM:FUCH_ SNOW DESTEFANI 14142571510            1_.13122012555           P:3

Jim Jamison
March 24, 2000
Page 2

with full release of all claims, as a condition of this Agreement.  Further, Jamison

agrees to cease and desist from any use of variations of the trademark SURVIVOR

for the purposes of any promotion whatsoever including but not limited to: Jimi

Jamison's Survivor or Survivor Featuring Jimi Jamison.  Jim Jamison assigns all of

his rights, if any such rights exist, in the trademark SURVIVOR to Frank M.

Sullivan.  Jamison understand that the prohibition against the use of the trademark

applies to all promotional and business efforts in which he might engage

subsequent the termination of this Agreement .  Further, Sullivan understands that

biographical references to Jamison, may, and in all likelihood will include references

to his former affiliation with Survivor.


    2)    Jamison and Sullivan will perform with the group Survivor for a period

of not less than three (3) years.  In the event, that this Agreement is terminated,

either party may work as an artist, however, Jamison will remain bound to honor

his relinquishment of the mark Survivor.

Jim Jamison
March 24, 2000
Page 3


(3)   Jamison will become a 50% partner of the band Survivor. This
includes but is not limited to all net profits earned and liabilities incurred as of the
date of execution of this Agreement. This provision contemplates and requires that
all revenues earned by Survivor through recording of new albums, performances,
sales of any nature, with the exception of song writing royalties, will be considered
earnings of the band Survivor.


4)   Jamison and Sullivan agree that all Survivor business takes precedent
over all personal projects. Further, Jamison and Sullivan agree that for a period of
three (3) years from the date of execution herewith, any personal projects that
either would undertake will be discussed between Sullivan and Jamison before the
projects are undertaken, and all necessary steps taken to assure that any personal
project will neither interfere with the business of Survivor nor reduce or negatively
impact its earning capability.


5)   Any booking, promotion, business affair, etc. will be conducted
through the current representatives of Survivor. These representatives may change

02/08/2006  19:40   7084481⁻⁻⁻0      DMA CPA'S                                    PAGE  04

OCT-5-2000  01:23P FROM:FUCHS SNOW DESTEFANI 14142571510        TO. 3122012555        P:5

Jim Jamison
March 24, 2000
Page 4

from time to time per agreement from both Sullivan and Jamison. Sullivan reserves

the right to reject any bookings that are already contracted for by Jamison and/or

any of his agents or representatives. Jamison will disclose all dates that he is

currently under contract for simultaneously upon execution of this Agreement.

Finally, Steve Green shall have no interest in the business of the band Survivor.

     6)    This Agreement may be executed by the parties in counterparts, each

of which shall be deemed an original regardless of the date of its execution and

delivery, and the counterparts together shall constitute one and the same

Settlement Agreement.

     7)    This Agreement constitutes the full and final agreement among the

parties with respect to the subject matter hereof and may not be modified or

amended in any respect except by written instrument expressing such amendment

or modification signed by each and all of the parties.

     8)    The terms of this Agreement are contractual and not a mere recital.

Doc. No.: 468154

02/08/2006  19:40  7084481⁻⁻⁰⁹        DMA CPA'S                    PAGE  05
UCT-5-2000  01:23P FROM:FUCH: JNOW DESTEFANI 14142571510      1  .3122012555      P:6

Jim Jamison
March 24, 2000
Page 5


9)    Each party will promptly upon demand execute and deliver all further
and additional documents, and undertake such further acts, as shall be reasonable,
convenient, necessary or desirable to carry out the provisions of this Agreement,
and each party agrees to cooperate with the other parties to effectuate the
intention of this Settlement Agreement.


10)    In the event that an action is brought to enforce this Agreement or its
terms or provisions, the prevailing party in that action shall be entitled to recover,
in addition to all other available relief, reasonable attorneys' fees and costs incurred
in that action.


11)    Should any provision of this Agreement become legally unenforceable,
no other provision of this Agreement shall be affected and this Agreement shall be
construed as if they had never included the unenforceable provision unless such
provision was essential to the intended purpose of this Agreement.

02/08/2006   19:40     7084481~ ~~             DMA CPA'S                    PAGE   06

OCT-5-2000   01:24P FROM:FUCHS ~NOW DESTEFANI 14142571510          TO  3122012555         P:7

Jim Jamison
March 24, 2000
Page 6


    12)   The parties each agree that the validity, construction, interpretation, enforcement and legal effect of this Agreement, and each of them, shall be governed by the laws of the State of Illinois applicable to contracts entered into and performed entirely within the State of Illinois.


    13)   This agreement is Confidential and all parties agree that the terms and conditions will not be publicly disclosed.

Doc No. 468154

Jim Jamison
March 24, 2000
Page 7

WHEREFORE, the parties have executed this Agreement as of the ___ day

of March, 2000.

_____
FRANK SULLIVAN, III


_____
JIM JAMISON


APPROVED AS TO FORM
AND CONTENT:

By _____
ANNETTE M. MCGARRY
WILDMAN, HARROLD, ALLEN &
DIXON
Attorney for Frank M. Sullivan


By _____
Attorneys for Jim Jamison


Doc.No.: 468154

# EXHIBIT 3

McGARRYANDMcGARRYLLC

120 North Lasalle Street
Suite Eleven Hundred
Chicago, Illinois 60602

3[2].5, 460. 3,7400.4
3[2].5, 460.  3.9.50.93

March 16, 2006

Via E-Mail

Mr. Larry Hoppen

Mr. Mark Wexler

Mr. Andy Broady

RE:  SURVIVOR® and RPM: Rock and
Pop Masters

Dear Sirs:

We represent Frank M. Sullivan, III in a variety of legal matters.  Mr. Sullivan is the sole owner of the trademark SURVIVOR® for entertainment services.

It appears from your website, www.RPM.com ,that you are using the trademark SURVIVOR® without the consent of Mr. Sullivan.  Your unauthorized use of the SURVIVOR® results in violations of at least Sections 32 and 43(a) of the Lanham Act, 15 U.S.C. §§1114 and 1125(a), common law trademark infringement laws and unfair competition laws. This gives, at minimum, Mr. Sullivan the right to enjoin the infringement and to recover our damages or your wrongful profits.

Moreover, your use of the Mark appears to be intended to directly and improperly benefit from Mr. Sullivan's goodwill in the federally-registered SURVIVOR® mark. This renders you liable to him for treble damages and attorneys' fees pursuant to Section 35 of the Lanham Act, 15 U.S.C. §1117.

Accordingly, we hereby demand that you immediately cease all use of the SURVIVOR® Mark.  We demand that you provide us with written correspondence within **FIVE (5) BUSINESS DAYS** from the date of this letter confirming that you have ceased using the Mark and have removed it from all products and advertising and

promotional materials, including without limitation, web-based, electronic and printed materials.

Should you reject or fail to respond to this demand, Mr. Sullivan will pursue enforcement of his rights and seek all available relief, including but not limited to bringing a civil action and seeking an injunction and treble damages in federal court. Finally, this letter is without prejudice to any other claims or defenses Mr. Sullivan may hold.

Very truly yours,

McGarry and McGarry, LLC

Annette M. McGarry

cc:  F. Sullivan
     J. Jamison

# EXHIBIT 4

April 17, 2006

Via Facsimile 603-434-9022

Mr. Thomas P. Grodt
Forman, Corcoran, Grodt & Gerrin, P.A.
74 Gilcreast Road
Post Office Box 1330
Londonderry, New Hampshire  03053-1330

RE: RPM: Rock and Pop Masters

Dear Mr. Grodt:

Thank you for your letter of April 10, 2005 which we have received and reviewed.

We understand your position, however, unless you client makes a practice of promoting people without their approval, we assume that your client must have received some form of an agreement, written or oral, from Mr. Jamison to promote him and his services under the Survivor® name.  Mr. Jamison does not have these rights to give to your client.

We attach hereto a judgment from the United States Trademark Trial and Appeal Board and a redacted copy of a Settlement Agreement signed by Mr. Jamison in which he agrees with our position.  If necessary we can also provide you with testimony of Mr. Jamison which again supports this position.  Further, as your client's website currently reads, it is possible that it is false and misleading.  As we have stated before, Mr. Jamison's status with the band Survivor® is unclear.

Finally, we were copied on an e-mail that originated with your client, and which we have attached hereto for your review.  This e-mail says that we are 'unethical and off-base' because we were enforcing our client's trademark rights.  We realize that your client was in the business of making music and would have

limited knowledge of the law however, we request that you review *Mittleman v. Witous*, 525 NE2d 922, (Ill. App. 1988), and advise your client why his e-mails are actionable.

Very truly yours,

Annette M. McGarry

AMM:lmk

Enclosures

cc:  F. Sullivan (w/o enc.)

**EXHIBIT 5**

-----Original Message-----
**From:** jimmy jamison [mailto:jjamiso1@midsouth.rr.com]
**Sent:** Thursday, January 4, 2007 02 41 AM
**To:** 'Andrew Broady'
**Subject:** Billing

Se     Hey Andy,  Sullivan?s lawyer sent me a civil action complaint about the billing.... Is this how I?m being billed below?  I can?t say Jimi Jamison of Survivor.


Thanks,
JJ
Andy)

1/18/2007

## Artist / Marquee Billing

The Show shall primarily be billed as *"RPM: Rock & Pop Masters."*
This billing MUST be at 100%.

Secondary billing may include "featuring (Singer Name) of (Band Name)." In these instances, Secondary billing MUST include EVERY singer in EQUAL BILLING included on the show, in alphabetical order. Secondary billing can be no greater than 60% of the size of the primary *"RPM: Rock & Pop Masters"* billing.

*IN NO INSTANCE shall the billing be portrayed or perceived as if this show is comprised of, or includes, the Singers' actual, original or present band(s). We strongly suggest use of the phrase "The Original Singers." We also strongly suggest using song titles of the biggest hit(s) along with each Artist/band with whom those songs are associated.*

Examples:

Larry Hoppen of Orleans (*Still The One, Dance With Me*)
Joe Lynn Turner formerly of Deep Purple & Rainbow (*Smoke On The Water, Stone Cold*)
Jimmy Jamison of Survivor (*Eye of the Tiger, High On You*)
John Cafferty of The Beaver Brown Band / Eddie & the Cruisers (*On the Dark Side*)
Alex Ligertwood of Santana (*Black Magic Woman, I'm Winning*)


## CONTACTS

    Larry Hoppen  407 625 5929
    Email:  StillTheOne51@yahoo.com    LHoppen@cfl.rr.com

    Mgmt: Mark Wexler   office  201 646 1541   cell  201 412 6118
    Email:   MarkSN1@aol.com

    Andy Broady     Forever Music Productions   603 490 6318
    Email:   AndyBroady@aol.com

1/18/2007

# EXHIBIT 6

**Annette McGarry**

| | |
|---|---|
| **From:** | Andy Broady [andy@forevermusicproductions.com] |
| **Sent:** | Wednesday, February 11, 2009 11:46 AM |
| **To:** | amm@mcgarryllc.com |
| **Cc:** | LHoppen@cfl.rr.com |
| **Subject:** | RE: RPM Concerts |
| **Attachments:** | RPM Survivor on the website.pdf |

Dear Ms. McGarry-

In response to your e-mail, please understand that Rock & Pop Masters(R) has never marketed ourselves or Jimi as Survivor(R). That has never been our intent. We have tried to be careful about any reference to any band as being simply a representation of an artist's resume. That being said, in order to satisfy your concerns I initiated a complete audit of all website pages and materials. The result is attached. It does appear that there were a few inadvertent errors. Thank you for bringing this to our attention. As you will note, these have been listed along with the action taken to correct and resolve each issue. Please review the attached audit and corrections.

Again, it has never been our intent to misrepresent anything or anyone. I trust that this will satisfy you and your client.
Sincerely,

Andy Broady
Forever Music Productions, LLC (for ORLEANS and Rock & Pop Masters)
www.forevermusicproductions.com
www.orleansonline.com
www.rpmconcerts.com
603-434-4015
603-490-6318 (cell)
603-437-5672 (fax)

Original message
From: "Annette McGarry"
To:
Received: 2/11/2009 9:15:19 AM
Subject: RE: RPM Concerts

Dear Mr. Broady:

The letters are of no consequence as the order that was attached to our letter was dated in 2007, which post-dates the letters. The Order prohibits anyone from marketing Mr. Jamison as SURVIVOR. Moreover, you are not marketing Mr. Jamison as 'formerly of Survivor", rather your riders and other documents list him as Survivor. You are in violation of the Order.

Finally, we are authorized to bring an immediate action against you for violating the Court Order. We will do so next week, unless you website is changed.

Annette M. McGarry
McGarry & McGarry, LLC
120 North LaSalle Street
Suite 1100
Chicago, Illinois 60602

2/22/2010

312-345-4600 (main)
312-345-4603 (direct)
312-345-4601 (fax)


DISCLAIMER:

This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. This communication does not form any contractual obligation on behalf of the sender or McGarry & McGarry, LLC. Unless expressly stated otherwise, any tax advice in this message is not intended or written to be used, and cannot be used by a taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. Please consult your tax attorney regarding the form of tax advice that may be relied upon to avoid penalties under the Internal Revenue Code.

 **please consider the environment before printing this e-mail.**

**From:** Andy Broady [mailto:andy@forevermusicproductions.com]
**Sent:** Thursday, February 05, 2009 12:41 PM
**To:** amm@mcgarryllc.com
**Cc:** LHoppen@cfl.rr.com; burtnernie@gmail.com
**Subject:** RE: RPM Concerts

Dear Ms. McGarry-

As you are well aware, we went through this back in the Spring of 2006. Attached are 2 letters from my attorney that completely state our position. This situation was concluded back then, and we have heard nothing from you until now. Formerly of Survivor(R) is the only representation we ever employ, and as you are well aware, it is Jimi's right to state where he used to work...its simply part of his resume. I need to refer you to these letters, and I respectfully request that you cease what really seems to be harassment for harassment's sake.

Sincerely,

Andy Broady
Forever Music Productions, LLC (for ORLEANS and Rock & Pop Masters)
www.forevermusicproductions.com
www.orleansonline.com
www.rpmconcerts.com
603-434-4015
603-490-6318 (cell)
603-437-5672 (fax)


Original message
From: "Annette McGarry"
To:
Received: 2/4/2009 3:43:11 PM
Subject: RPM Concerts

Please see attached  correspondence.

Annette M. McGarry

2/22/2010

McGarry & McGarry, LLC
120 North LaSalle Street
Suite 1100
Chicago, Illinois 60602
312-345-4600 (main)
312-345-4603 (direct)
312-345-4601 (fax)

DISCLAIMER:

This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. This communication does not form any contractual obligation on behalf of the sender or McGarry & McGarry, LLC. Unless expressly stated otherwise, any tax advice in this message is not intended or written to be used, and cannot be used by a taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. Please consult your tax attorney regarding the form of tax advice that may be relied upon to avoid penalties under the Internal Revenue Code.

 **please consider the environment before printing this e-mail.**

2/22/2010

# RPM WEBSITE - search for mention of Survivor In Any Form
## (in order to adjust to "formerly of" or no mention)

<u>Home Page (including embedded video...)</u>: no "formerly of" issues on this page OR the video

<u>Who We Are Page</u>: 2nd paragraph says "pro veterans of Elton John, Orleans, Survivor® and more".

*SOLUTION - Survivor removed, insert " formerly of" after veterans of*

Picture of Jimi has the "formerly of Survivor®" legend

<u>Meet The Band Page:</u> Has a similar statement about the band from Who We Are page - "Versitile veterans of the Elton John Band, Orleans, Survivor®, Pat Travers, Yngwie Malmsteen...."

*SOLUTION - Survivor removed, insert " formerly of" after veterans of*

Under Barry Dunnaway's description, it lists him as having "toured *(past tense)* with Survivor®, Pat Travers..."

*SOLUTION - insert (formerly of) into description*

<u>Audio/Video Page</u>: Jimi's picture has the "formerly of Survivor®" legend. All of Jimi's credits in the video state "formerly of Survivor®"

<u>Roster Page</u>: Jimi is properly credited "formerly of Survivor®"

<u>Tour Dates Page</u>: in the one listing mentioning him, Jimi is properly credited "formerly of Survivor®"

<u>Gallery Page</u>: with the exception of the collage in which Jimi is properly credited "formerly of Survivor®", there are no other mentions of Jimi in any of the pictures of him.

<u>Merchandise Page</u>: the single mention of Jimi under the description of the "Live In Weston Concert DVD" doesn't mention Survivor.

<u>Press Materials Page</u>: no mention of Jimi directly on the page.

PRESS MATERIALS:

- Broadcast version of Promo - no issues

- RPM 1 Sheet - lists Survivor with ® mark inadvertently covered by Santana's capital "S" - Solution, remove the problem piece.

- RPM 1 Sheet Generic - lists Survivor with ® mark inadvertently covered by Santana's capital "S" - Solution, remove the problem piece.

- Orleans 1 Sheet & generic version: no issues

- RPM Rider: Written by RPM's Tour Manager - On page 5 of 6 under item H: Billing/Advertising, Examples;  he inadvertently left off the ® mark and "formerly of" legend in reference to Jimi Jamison

- Orleans & Friends Rider: Written by RPM's Tour Manager - On page 5 of 6 under item H: Billing/Advertising, Examples;  he inadvertently left off the ® mark and "formerly of" legend in reference to Jimi Jamison

*SOLUTION for both riders - insert ® mark and "formerly of" as appropriate and regenerate riders*

# EXHIBIT 7



Home

Blog

FREE Stuff

Store

Tour Dates

About Us

Videos

Photos

Media & Promoters

Contact Us

Also Check POLLSTAR

ORLEANS frequently performs at private, corporate and fundraising events, as well as public concert venues, fairs and community festivals, casinos ...

### Contact us about an engagement

Management: Andy Broady
Tel: 1-603-490-6318

Booking: The Real Deal
1-615-346-9175

Promotions: Tom Kallman
Tel: 1-954-389-5897
www.MySpace.com/tmkpresents

PR: Barry McCloud
Tel. 1-615-519-4220

Virtual Ass't: Lisa Walker

GET CONNECTED!
JOIN OUR FANMAIL LIST
Get TEN FREE DOWNLOADS
Updates on tours, new music,
Band Member's activities
and more!

Name:

Email:

[ Submit ]

Privacy Policy

"I am hard pressed to find the right words to describe what a joy it is to hear Orleans in ANY configuration. Don't be surprised to see us pop up at more gigs featuring the best band on earth - ORLEANS!!!!"

Ric Mundy (a fan)

"The Orleans show was outstanding, quite the treat!"

Robert J. Lynch

Watch for more 2010 *Orleans* and *Rock & Pop Masters* gig listings ...

--------------------------------------------------------

Saturday, February 6th - 4 PM until ???
Love Haiti - A Benefit Concert
THE SPACE STATION ( At The Clarion Hotel)
260 E. Merritt Island Causeway, Merritt Island, FL
Join "JAVA" JOHN, host of "ON THE FLIPSIDE" on Tropic Wave Radio , and "AN ACOUSTIC RECORD" on WFIT (89.5fm Public Radio for Brevard) as he brings the LOVE HAITI Benefit Concert to THE SPACE STATION in Merritt Island. The event will be headlined by ...
LARRY HOPPEN, lead singer of ORLEANS
ALSO ---
The Ashley Gang (Florida's Premiere Band)
Jeff & Josh Pinkam
Old Friends in the Way (Acoustic Grateful Dead Tribute)
Randy Nichols
Ben Wilson
$15 Suggested Donation at the door, 100% of ALL the Proceeds from the door and raffle will go directly to aid the Haitian people via The Harris Rosen Foundation.

Saturday, February 20th - 7:30 PM
First Annual Jimi Jamison Concert
to benefit St. Jude's Children's Research Hospital
Rock & Pop Masters hosted by Jimi Jamison (Survivor) and featuring John Cafferty & Tunes (Beaver Brown Band), Joe Bouchard (Blue Oyster Cult). Wally Palmar (The Romantics) and Larry Hoppen (of course :-). Plus Memphis-based opening acts.
Minglewood Hall
Memphis, TN

Saturday, February 27th -
Orleans
Reichold Center for the Arts
St.Thomas, US Virgin Islands

Thursday, March 11th -
Private Event for Orange Lake Resorts
Rock & Pop Masters featuring Jimi Jamison (Survivor), John Cafferty & Tunes (Beaver Brown Band), Joe Lynn Turner (Deep Purple/Rainbow), Mike Reno (Loverboy)
House of Blues
Orlando, FL

Saturday, March 13th - 8 PM
Orleans
The Wolf's Den @ Mohegan Sun Casino
Uncasville, CT

Tuesday, March 16th
Orleans
Private Event for DCCC
Washington, DC

Saturday, March 20 - 7 PM
Rock & Pop Masters featuring Edgar Winter, Don Barnes (38 Special), John Cafferty & "Tunes" (Beaver Brown Band), Pat Travers, Peter Becket (Player), with Deanna Johnston & Galax

Director of Student Activities
Marist College - Poughkeepsie, NY

"........in brief, we had a blast!
You all were just fabulous,
professional, entertaining and
wonderful. All of my shows
should
be so easy."

Lynn P. - Executive Director
Stowe Performing Arts Center
Stowe, VT

Management



FOREVER
MUSIC PRODUCTIONS, LLC

Label:



Girl
6th Annual FREE Outdoor Concert
Weston Regional Park
Weston, FL





Saturday, July 10th
Orleans with special guest John Cafferty
Peace River Festival
Alberta, Canada

More details and dates to follow ...